# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re:** | ) | In Proceedings Under |
| | ) | Chapter 7 |
| **Meadowbrook Farms Cooperative,** | ) | |
| | ) | BK 09-30688 |
| Debtor. | ) | |
| | ) | |
| **Dana Frazier, Trustee,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Vanguard Energy LLC,** | ) | Adv. No. 11-_____ |
| | ) | |
| Defendant. | ) | |

## COMPLAINT TO AVOID PREFERENTIAL TRANSFERS

COMES NOW Dana Frazier, the Trustee in the bankruptcy estate of Meadowbrook Farms Cooperative, and for her Complaint to Avoid Preferential Transfers, states as follows:

### JURISDICTION

1. On March 21, 2009 ("Petition Date"), Meadowbrook Farms Cooperative ("Debtor") filed a voluntary petition for relief under Chapter 7 in the United States Bankruptcy Court for the Southern District of Illinois.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1134 and 11 U.S.C. §§547 and 550.

3. This is a "core" proceeding within the meaning of 28 U.S.C. § 157(b)(2).

### COUNT I – AVOIDANCE OF PREFERENTIAL TRANSFERS
### (11 U.S.C. §547)

4. Dana Frazier is the duly appointed Trustee in the above-referenced bankruptcy proceeding.

5.      Prior to the Petition Date, the Debtor was a meat processor and purchased inventory, goods and/or services from Vanguard Energy LLC ("Defendant").

6.      In the ninety (90) days prior to the Petition Date, the Debtor made transfers to Defendant, including, among others, the transfers identified identified on <u>Exhibit A</u> attached hereto in the aggregate amount of $144,030.09, said transfers being made between December 21, 2008 and March 20, 2009. In addition to the transfers identified on <u>Exhibit A</u>, the Trustee seeks to recover any additional transfers by the Debtor to Defendant beteen December 21, 2008 and March 20, 2009 that may be identified through discovery conducted in this adversary proceeding (collectively, the "Transfers").

7.      At the time of the Transfers, Defendant was a creditor of the Debtor within the meaning of Section 101(10)(A) of the Bankruptcy Code.

8.      The Transfers were made to or for the benefit of the Defendant.

9.      The Transfers constitute transfers of the Estate and/or property of the Debtor.

10.      The Transfers were made by the Debtor within ninety (90) days of the Petition date.

11.      The Transfers were made while the Debtor was insolvent.

12.      The Transfers were made for or on account of an antecedent debt owed by the Debtor to the Defendant before the payments were made.

13.      The Transfers enabled the Defendant to receive more than it would receive if: (a) this case were a case under Chapter 7; (b) the payments had not been made; (c) the Defendant received payment of such debt to the extent provided by the provisions of Title 11, United States Code.

14.      The Trustee may avoid the Transfers pursuant to §547 of the United States Bankruptcy Code.

## COUNT II – RECOVERY OF TRANSFERS
### (11 U.S.C. §550)

15. The Trustee repeats and realleges each and every allegation contained in paragraphs 1 through 14 above as though fully set forth herein.

16. Vanguard Energy LLC was the recipient of the Transfers.

17. Based upon the foregoing, and upon the provisions of 11 U.S.C. §550, the Trustee may recover the value of the Transfers from the Defendant.

WHEREFORE, the Trustee respectfully requests and prays that this Court enter (a) its Order avoiding the transfers described above in the aggregate sum of $144,030.09; and (b) judgment in favor the Trustee and against Vanguard Energy LLC in the sum of $144,030.09 plus cost of suit; (c) awarding the Trustee and directing Vanguard Energy LLC to immediately pay to the Trustee the amount of the Transfers described above, plus costs of suit; and (c) granting the Trustee such further and additional relief as the Court deems appropriate.

DANA FRAZIER, TRUSTEE


/s/   Mary E. Lopinot
    Mary E. Lopinot
    ATTORNEY FOR DANA S. FRAZIER

    Mathis, Marifian & Richter Ltd.
    23 Public Square, Suite 300
    Belleville, IL 62220
    (618) 234-9800
    (618) 234-9786 facsimile
    mlopinot@mmrltd.com

MEADOWBROOK FARMS COOPERATIVE
90-DAY PREFERENCES

EXHIBIT A

| VENDOR | CHECK/ACCOUNT | MM/YY | AMOUNT |
|---|---|---|---|
| Vanguard Energy | 47569 | 12/19/08 | $ 70,116.56 |
| Vanguard Energy |  | 01/19/09 | $ 73,913.53 |
| **Vanguard Energy Total** |  |  | $ 144,030.09 |